FILED

OCT 10 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CODY WILLIAM MARBLE, | No. 10-35159 |
| Petitioner - Appellant, | D.C. No. 9:09-cv-00141-DWM-JCL |
| v. | |
| ATTORNEY GENERAL OF THE STATE OF MONTANA and MIKE FERRITER, Director of the Montana Department of Corrections is an appellee, | MEMORANDUM[*] |
| Respondents - Appellees. | |

Appeal from the United States District Court
for the District of Montana
Donald W. Molloy, District Judge, Presiding

Argued and Submitted October 7, 2013
Portland, Oregon

Before: SILVERMAN, W. FLETCHER, and CALLAHAN, Circuit Judges.

Cody William Marble appeals the district court's dismissal of his federal

habeas petition as time-barred. We agree with the district court that Marble's

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

petition was filed outside of the one-year statute of limitations period set forth in the Antiterrorism and Effective Death Penalty Act of 1996. *See* 28 U.S.C. § 2244(d).

However, it appears that the record was not adequately developed in the district court to allow a determination of whether Marble was eligible for equitable tolling. *See Holland v. Florida*, 130 S. Ct. 2549, 2562 (2010). Indeed, at oral argument both sides agreed that the factual basis for Marble's claim for equitable tolling had not been fully developed in the district court, and accordingly, had not been considered by the district court. Accordingly, the district court's denial of the habeas petition is **VACATED** and the appeal is **REMANDED** for consideration of Marble's claim for equitable tolling.